UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JESSIE ADAMS,

    Plaintiff,

v.

SERGIO JIMINEZ,

    Defendant.

Case No. 26-4008-TC-BGS

**ORDER GRANTING APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF FEES**

This matter comes before the Court on the "Application to Proceed in District Court without Prepaying Fees or Costs" filed by Plaintiff Jessie Adams, who is representing himself *pro se*. (Doc. 2, sealed.) The motion requests leave for Plaintiff to proceed *in forma pauperis* ("IFP application"). (*Id.*) Plaintiff also contemporaneously filed the requisite financial affidavit in support of his motion. (Doc. 3-1, sealed.)

Under 28 U.S.C. § 1915(a), a federal court may authorize commencement of a civil action "without prepayment of fees or security therefor, by a person who submits an affidavit that … the person is unable to pay such fees or give security therefor." To succeed on a request to proceed IFP, "the movant must show a financial inability to pay the required filing fees." *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005). Proceeding IFP "in a civil case is a privilege, not a right – fundamental or otherwise." *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998). The decision to grant or deny IFP status under § 1915 lies within the district court's sound discretion. *Engberg v. Wyoming*, 265 F.3d 1109, 1122 (10th Cir. 2001).

Based on the financial information provided by Plaintiff in his IFP application (Doc. 2, sealed), the Court finds that Plaintiff has shown an inability to pay the filing fee. Thus, the Court

grants Plaintiff's application to proceed without prepayment of fees (Doc. 2).  That stated, because of issues identified in Plaintiff's Complaint, as discussed in the Court's contemporaneously-filed Report & Recommendation of Dismissal, <u>the Clerk's office shall not proceed to issue summons in this case at this time</u>.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2, sealed) is **GRANTED**.  Pursuant to 28 U.S.C. § 1915(a)(1), Plaintiff may commence this action without prepayment of fees.  <u>The Clerk's office shall not proceed to issue summons in this case at this time absent further Order from the Court</u>.

**IT IS SO ORDERED.**

Dated January 23, 2026, at Wichita, Kansas.

<u>/s/ Brooks G. Severson</u>
Brooks G. Severson
United States Magistrate Judge